# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141116

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 141116
                                          COA: 292832
                                          Wayne CC: 76-005890

CHARLES LEWIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 17, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

                                    Clerk

d1018